| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Theimer Logistics, Inc** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Thunderdog Delivery, Inc** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4040357** | |
| 4. | **Debtor's address** | **Principal place of business** **3250 Airport Way S Ste 307** **Seattle, WA 98134** Number, Street, City, State & ZIP Code **King** County | **Mailing address, if different from principal place of business** **PO Box 18788** **Fountain Hills, AZ 85269** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **15757 E Palisades Blvd Fountain Hills, AZ 85268** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.thunderdogdelivery.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4921__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Theimer Logistics, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Theimer Logistics, Inc**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 25, 2023**
MM / DD / YYYY

**X** **/s/ David Theimer**
Signature of authorized representative of debtor

**David Theimer**
Printed name

Title  **Owner**

**18. Signature of attorney**

**X** **/s/ Lawrence M. Blue**
Signature of attorney for debtor

Date **August 25, 2023**
MM / DD / YYYY

**Lawrence M. Blue 29483**
Printed name

**Bountiful Law PLLC**
Firm name

**4620 200th Street**
**Suite D**
**Lynnwood, WA 98036**
Number, Street, City, State & ZIP Code

Contact phone  **425-775-9700**   Email address  **larry@bountifullaw.com**

**29483 WA**
Bar number and State

BLUEVINE CAPITAL INC
401 WARREN ST
300
REDWOOD CITY, CA 94063


CBE GROUP INC
PO BOX 2217
WATERLOO, IA 50701


COMCAST BUSINESS
9602 S 300 W
STE B
SANDY, UT 84070-3302


DEPT OF LABOR & INDUSTRIES
THIRD FLOOR LEGAL
PO BOX 44170
OLYMPIA, WA 98504-4170


EMPLOYMENT SECURITY DEPARTMENT
INSOLVENCY UNIT
P. O. BOX 9046
OLYMPIA, WA 98507-9046


ENTERPRISE
PO BOX 843369
KANSAS CITY, MO 64184


ENTERPRISE
PO BOX 843369
KANSAS CITY, MO 64184


ENTERPRISE
PO BOX 843369
KANSAS CITY, MO 64184


FORWARD FINANCING
53 STATE ST
20TH FLOOR
BOSTON, MA 02109


FOXCAPITAL GROUP
803 S 21ST AVE
HOLLYWOOD, FL 33020

```
INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
PO BOX 21125
PHILADELPHIA, PA 19114


IRS
PO BOX 660002
DALLAS, TX 75266-0002


M&M TACOMA INVESTMENTS IV LLC
AND 3W TMOB PARTNERS LLC
4301 SOUTH PINE ST
SUITE 626
TACOMA, WA 98409


MANTIS FUNDING
2700 N MILITARY TRL
SUITE 450
BOCA RATON, FL 33431


PAYCHEX
1535 SCENIC AVE
SUITE 100
COSTA MESA, CA 92626


SQUARE FINANCIAL SERVICES, INC
3165 E MILLROCK DR
SUITE 160
SALT LAKE CITY, UT 84121


UNIQUE FUNDING SOLUTIONS
71 S CENTRAL AVE
SUITE 200
VALLEY STREAM, NY 11580


UNITED STATES ATTORNEY
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101
```

```
URBAN WORKLOFTS
918 SOURH HORTON STREET
STE 1514
SEATTLE, WA 98134


URUS FUNDING LLC
40 WALL STREET
23RD FLOOR
NEW YORK, NY 10005


YANKOVICH LAW PC
415 OCEAB VIEW AVE
FL 3
BROOKLYN, NY 11235
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Theimer Logistics, Inc**                                           Case No.
                                     Debtor(s)                                Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Theimer Logistics, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 25, 2023** | **/s/ Lawrence M. Blue** |
| Date | **Lawrence M. Blue 29483** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Theimer Logistics, Inc** |
| | **Bountiful Law PLLC** |
| | **4620 200th Street** |
| | **Suite D** |
| | **Lynnwood, WA 98036** |
| | **425-775-9700 Fax:425-645-8088** |
| | **larry@bountifullaw.com** |